Jamie Epstein, Attorney at Law
107 Cherry Parke, Suite C
Cherry Hill, NJ. 08002
(856)979-9925
Attorney for Plaintiffs

|  |  |
|---|---|
| A.S., a minor, individually and by his parents H.S. and M.S., Plaintiffs, v.<br>HARRISON TOWNSHIP BOARD OF EDUCATION, et al., Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil No. 14-147-NLH-KMW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiffs against defendants East Greenwich Township Board of Education and Beth Godfrey be dismissed in their entirety with prejudice, each party to bear its own costs.

SEEN AND AGREED:                      SEEN AND AGREED:

_____                _____
William Donio, Esquire                Jamie Epstein, Esquire
Attorney for Defendants               Attorney for Plaintiffs
East Greenwich Twp Bd of Ed
and Beth Godfrey

dated: June 5, 2017                   dated: June 4, 2017